**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:11-BK-04066-JBS |
| | § | |
| IRENA NAGAITIENE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2011. The undersigned trustee was appointed on 06/22/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $174,613.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $65,650.95 |
   | Bank service fees | $45.44 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $108,916.61 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/28/2017 and the deadline for filing government claims was 09/28/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,868.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,868.00, for a total compensation of $9,868.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $201.40, for total expenses of $201.40.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2018          By:   /s/ Deborah K. Ebner
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1     Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**     Exhibit A
**ASSET CASES**

| Case No.: | 11-04066-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | NAGAITIENE, IRENA | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 8/31/2018 | §341(a) Meeting Date: | 03/23/2011 |
| | | Claims Bar Date: | 09/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Lawsuit : Nagaitiene vs. Boston Scientific Corp. (u) | $0.00 | $174,613.00 | | $174,613.00 | FA |
| 2 | cash | $5.00 | $5.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 3 | Chase checking & savings | $18.07 | $18.07 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 4 | Home furniture | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 5 | personal clothing | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 6 | family jewelry | $200.00 | $200.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 7 | Honda Civic 4 door, would like to keep vehicle kbb.com value is $15,150 | $15,150.00 | $15,150.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |
| 8 | computer | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$16,923.07     $191,536.07     $174,613.00     $0.00

**Major Activities affecting case closing:**

| 07/13/2018 | contacted by disbursing agent re: disbursement of settlement to bankruptcy estate |
|---|---|
| 04/23/2018 | Order Authorizing Trustee to Settle Claims with Boston Scientific, Employ and Pay Special Counsel, and to Pay Litigation Expenses and Health Lien Claims - EOD 4/23/18: |
| 06/27/2017 | Initial Report of Assets; Bar date for filing proofs of claim is September 28, 2017. |
| 06/22/2017 | Trustee's Letter of Appointment |
| 06/20/2017 | Docket Text Order on Motion to Reopen Chapter 7 Case and Appoint Trustee |
| 06/12/2017 | Motion to Reopen Chapter 7 Case and Appoint Trustee for purpose of administering undisclosed product liability case. |
| 05/27/2011 | Case closed. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | /s/ DEBORAH K. EBNER |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2019 | DEBORAH K. EBNER |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1   Exhibit B

| Case No. | 11-04066-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | NAGAITIENE, IRENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2522 | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/26/2018 | (1) | Levin Simes BSC Qualified Settlement Fund | Grosss Settlement less common fees and MDL expenses as per order (See file) | 1249-000 | $174,613.00 | | $174,613.00 |
| 07/30/2018 | 3001 | Providio | Per Court Order entered 4/23/2018 | 2990-000 | | $675.00 | $173,938.00 |
| 07/30/2018 | 3002 | Meyers & Flowers, LLC | Per Order entered 4/23/2018 | 3210-600 | | $19,835.43 | $154,102.57 |
| 07/30/2018 | 3003 | Coplan & Crane | Per Order entered 4/23/2018 | 3210-600 | | $19,835.43 | $134,267.14 |
| 07/30/2018 | 3004 | Law Office of David Freydin, Ltd | Per Order entered 4/23/2018 | 3210-600 | | $19,835.42 | $114,431.72 |
| 07/30/2018 | 3005 | Levin Simes | Per Order entered 4/23/2018 | 3210-600 | | $4,824.83 | $109,606.89 |
| 07/30/2018 | 3006 | Meyers & Flowers, LLC | Per Order entered 4/23/2018 | 3220-610 | | $365.00 | $109,241.89 |
| 07/30/2018 | 3007 | Coplan & Crane | Per Order entered 4/23/2018 | 3220-610 | | $565.42 | $108,676.47 |
| 07/30/2018 | 3008 | Levin Simes | Per Order entered 4/23/2018 | 3220-610 | | $389.42 | $108,287.05 |
| 07/30/2018 | 3009 | Medicare Global Model | allowed healthcare Lien per Order entered 4/23/2018 | 4220-000 | | $789.34 | $107,497.71 |
| 07/30/2018 | 3010 | HCSC | Allowed healthcare lien per order entered 4/23/2018 | 4220-000 | | $26,355.22 | $81,142.49 |
| 07/30/2018 | 3011 | BCBS of North Carolina | allowed healthcare claim per order entered 4/23/2018 | 4220-000 | | $8,562.92 | $72,579.57 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $45.44 | $72,534.13 |
| 07/31/2018 | 3001 | VOID: Providio | Distribute to this creditor upon distribution to all remaining creditors because lien holders are generally slow to negotiate, and I want to get surplus distribution to Debtor at first opportunity upon approval of final report. | 2990-003 | | ($675.00) | $73,209.13 |
| 07/31/2018 | 3009 | VOID: Medicare Global Model | Distribute to this creditor upon distribution to all remaining creditors because lien holders are generally slow to negotiate, and I want to get surplus distribution to Debtor at first opportunity upon approval of final report | 4220-003 | | ($789.34) | $73,998.47 |
| 07/31/2018 | 3010 | VOID: HCSC | Distribute to this creditor upon distribution to all remaining creditors because lien holders are generally slow to negotiate, and I want to get surplus distribution to Debtor at first opportunity upon approval of final report | 4220-003 | | ($26,355.22) | $100,353.69 |

|  |  |  | **SUBTOTALS** | | $174,613.00 | $74,259.31 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04066-JBS | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | NAGAITIENE, IRENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2522 | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | 3011 | VOID: BCBS of North Carolina | Distribute to this creditor upon distribution to all remaining creditors because lien holders are generally slow to negotiate, and I want to get surplus distribution to Debtor at first opportunity upon approval of final report | 4220-003 | | ($8,562.92) | $108,916.61 |
| | | | **TOTALS:** | | $174,613.00 | $65,696.39 | $108,916.61 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $174,613.00 | $65,696.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $174,613.00 | $65,696.39 | |

For the period of  2/1/2011 to 8/31/2018

| | |
| --- | --- |
| Total Compensable Receipts: | $174,613.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $174,613.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,696.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,696.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/23/2018 to 8/31/2018

| | |
| --- | --- |
| Total Compensable Receipts: | $174,613.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $174,613.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,696.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,696.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-04066-JBS | | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | NAGAITIENE, IRENA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2522 | | **Checking Acct #:** | ******6602 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 2/1/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/31/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| | **TOTALS:** | $0.00 | $0.00 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | **Subtotal** | $0.00 | $0.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $0.00 | $0.00 | |

**For the period of 2/1/2011 to 8/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/17/2018 to 8/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4   Exhibit B

| Case No. | 11-04066-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | NAGAITIENE, IRENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2522 | Checking Acct #: | ******6602 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $174,613.00 | $65,696.39 | $108,916.61 |

**For the period of 2/1/2011 to 8/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $174,613.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $174,613.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,696.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,696.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/01/2011 to 8/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $174,613.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $174,613.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $65,696.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,696.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

CLAIM ANALYSIS REPORT

Page No: 1     Exhibit C

| Case No.: | 11-04066-JBS | | Trustee Name: | Deborah K. Ebner |
| Case Name: | NAGAITIENE, IRENA | | Date: | 8/31/2018 |
| Claims Bar Date: | 09/28/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBORAH K. EBNER P.O. Box 929 Glenview IL 60025 | 11/03/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,868.00 | $9,868.00 | $0.00 | $0.00 | $0.00 | $9,868.00 |
| | DEBORAH K. EBNER P.O. Box 929 Glenview IL 60025 | 04/25/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $201.40 | $201.40 | $0.00 | $0.00 | $0.00 | $201.40 |
| | MEDICARE GLOBAL MODEL | 04/23/2018 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $0.00 | $789.34 | $789.34 | $0.00 | $0.00 | $0.00 | $789.34 |
| Claim Notes: | Per Order entered 4/23/2018 | | | | | | | | | | | |
| | HCSC | 04/23/2018 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $0.00 | $26,355.22 | $26,355.22 | $0.00 | $0.00 | $0.00 | $26,355.22 |
| Claim Notes: | Allowed Healthcare lien per order entered 4/23/2018 | | | | | | | | | | | |
| | BCBS OF NORTH CAROLINA | 04/23/2018 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $8,562.92 | $8,562.92 | $8,562.92 | $0.00 | $0.00 | $0.00 | $8,562.92 |
| Claim Notes: | Allowed healthcare lien per order entered 4/23/2018 | | | | | | | | | | | |
| ADMIN | WILLIAM J FACTOR 105 W Madison St Suite 1500 Chicago IL 60602 | 08/16/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $37.51 | $37.51 | $0.00 | $0.00 | $0.00 | $37.51 |
| ADMIN | WILLIAM J FACTOR 105 W Madison St Suite 1500 Chicago IL 60602 | 08/16/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $12,467.50 | $12,467.50 | $0.00 | $0.00 | $0.00 | $12,467.50 |

CLAIM ANALYSIS REPORT

Page No: 2          Exhibit C

| Case No. | 11-04066-JBS | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | NAGAITIENE, IRENA | | | Date: | 8/31/2018 |
| Claims Bar Date: | 09/28/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLERK | CLERK OF THE US BANKRUPTCY COURT | 06/28/2017 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Notice of Motion and Motion to Reopen Chapter 7 Case and Appoint Trustee filed by the U.S. Trustee Office and no Fee was required | | | | | | | | | | | |
| | MEYERS & FLOWERS, LLC<br>3 N Second Street, Suite 300<br>St. Charles IL 60174 | 07/29/2018 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $365.00 | $365.00 | $365.00 | $365.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | costs per 4/23/18 Order | | | | | | | | | | | |
| | COPLAN & CRANE, LTD<br>1111 Westgate Street<br>Oak Park IL 60301 | 04/12/2018 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $565.42 | $565.42 | $565.42 | $565.42 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Expenses per 4/23/2018 Order | | | | | | | | | | | |
| | AMY ESKIN: LEVIN SIMES ABRAMS LLP<br>1160 Battery Street East, Suite 100<br>San Francisco CA 94101 | 04/23/2018 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $389.42 | $389.42 | $389.42 | $389.42 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | expense per 4/23/2018 Order | | | | | | | | | | | |
| | MEYERS & FLOWERS, LLC<br>3 N Second Street, Suite 300<br>St. Charles IL 60174 | 04/23/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $19,835.43 | $19,835.43 | $19,835.43 | $19,835.43 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Per Court Order EOD 4/23/18. | | | | | | | | | | | |
| | COPLAN & CRANE, LTD<br>1111 Westgate Street<br>Oak Park IL 60301 | 04/23/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $19,835.42 | $19,835.42 | $19,835.42 | $19,835.43 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Per Order entered 4/23/18 | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No.: | 11-04066-JBS | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | NAGAITIENE, IRENA | | | Date: | 8/31/2018 |
| Claims Bar Date: | 09/28/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAW OFFICE OF DAVID FREYDIN, LTD<br>8707 Skokie Blvd<br>Suite 305<br>Skokie IL 60077 | 04/23/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $19,835.42 | $19,835.42 | $19,835.42 | $19,835.42 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Per Order entered 4/23/2018 | | | | | | | | | | | |
| | AMY ESKIN: LEVIN SIMES ABRAMS LLP<br>1160 Battery Street E<br>Suite 100<br>San Francisco CA 94101 | 04/23/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $4,824.83 | $4,824.83 | $4,824.83 | $4,824.83 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Per Order entered 4/23/2018 | | | | | | | | | | | |
| | PROVIDIO | 04/23/2018 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $675.00 | $675.00 | $675.00 | $0.00 | $0.00 | $0.00 | $675.00 |
| Claim Notes: | Fee for Lien Resolution, Medicare eligibility verification and PLRP verification  per 4/23/2018 Order | | | | | | | | | | | |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC<br>PO Box 788<br>Kirkland WA | 07/19/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,033.78 | $2,033.78 | $0.00 | $40.10 | $0.00 | $2,033.78 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/08/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,544.95 | $1,544.95 | $0.00 | $30.46 | $0.00 | $1,544.95 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to CAPITAL ONE, NA<br>(HSBC BANK NEVADA, N.A)<br>POB 41067<br>Norfolk VA 23541 | 09/26/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,979.06 | $3,979.06 | $0.00 | $78.46 | $0.00 | $3,979.06 |

CLAIM ANALYSIS REPORT  Page No: 4   Exhibit C

| Case No. | 11-04066-JBS | | | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | NAGAITIENE, IRENA | | | | | Date: | 8/31/2018 |
| Claims Bar Date: | 09/28/2017 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IRENA NAGAITIENE 2150 S GOEBBERT #113 ARLINGTON HEIGHTS IL 60005 | 08/17/2018 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $42,252.91 | $42,252.91 | $0.00 | $0.00 | $0.00 | $42,252.91 |

**Claim Notes:** Debtor Surplus

| | | | | | | $174,678.53 | $174,418.53 | $65,650.95 | $149.02 | $0.00 | $108,767.59 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 11-04066-JBS | | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | NAGAITIENE, IRENA | | **Date:** | 8/31/2018 |
| **Claims Bar Date:** | 09/28/2017 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $37.51 | $37.51 | $0.00 | $0.00 | $0.00 | $37.51 |
| Attorney for Trustee Fees (Trustee Firm) | $12,467.50 | $12,467.50 | $0.00 | $0.00 | $0.00 | $12,467.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $7,557.79 | $7,557.79 | $0.00 | $149.02 | $0.00 | $7,557.79 |
| Other Chapter 7 Administrative Expenses | $675.00 | $675.00 | $0.00 | $0.00 | $0.00 | $675.00 |
| Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | $35,707.48 | $35,707.48 | $0.00 | $0.00 | $0.00 | $35,707.48 |
| Special Counsel for Trustee Expenses | $1,319.84 | $1,319.84 | $1,319.84 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $64,331.10 | $64,331.10 | $64,331.11 | $0.00 | $0.00 | $0.00 |
| Surplus Funds Paid to Debtor | $42,252.91 | $42,252.91 | $0.00 | $0.00 | $0.00 | $42,252.91 |
| Trustee Compensation | $9,868.00 | $9,868.00 | $0.00 | $0.00 | $0.00 | $9,868.00 |
| Trustee Expenses | $201.40 | $201.40 | $0.00 | $0.00 | $0.00 | $201.40 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 1:11-BK-04066-JBS
Case Name: IRENA NAGAITIENE
Trustee Name: Deborah K. Ebner

Balance on hand: $108,916.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | Medicare Global Model | $789.34 | $789.34 | $0.00 | $789.34 |
| | HCSC | $26,355.22 | $26,355.22 | $0.00 | $26,355.22 |
| | BCBS of North Carolina | $8,562.92 | $8,562.92 | $0.00 | $8,562.92 |

Total to be paid to secured creditors: $35,707.48
Remaining balance: $73,209.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah K. Ebner, Trustee Fees | $9,868.00 | $0.00 | $9,868.00 |
| Deborah K. Ebner, Trustee Expenses | $201.40 | $0.00 | $201.40 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $12,467.50 | $0.00 | $12,467.50 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $37.51 | $0.00 | $37.51 |
| Other: Coplan & Crane, Special Counsel for Trustee Fees | $19,835.42 | $19,835.43 | $0.00 |
| Other: Law Office of David Freydin, Ltd, Special Counsel for Trustee Fees | $19,835.42 | $19,835.42 | $0.00 |
| Other: Levin Simes, Special Counsel for Trustee Fees | $4,824.83 | $4,824.83 | $0.00 |
| Other: Meyers & Flowers, LLC, Special Counsel for Trustee Fees | $19,835.43 | $19,835.43 | $0.00 |
| Other: Coplan & Crane, Special Counsel for Trustee Expenses | $565.42 | $565.42 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | |
|---|---|---|---|
| Other: Levin Simes, Special Counsel for Trustee Expenses | $389.42 | $389.42 | $0.00 |
| Other: Meyers & Flowers, LLC, Special Counsel for Trustee Expenses | $365.00 | $365.00 | $0.00 |
| Other: Providio, Other Chapter 7 Administrative Expenses | $675.00 | $0.00 | $675.00 |

Total to be paid for chapter 7 administrative expenses: $23,249.41
Remaining balance: $49,959.72

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $49,959.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $49,959.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,557.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for MOMA Funding LLC | $2,033.78 | $0.00 | $2,033.78 |
| 2 | PYOD, LLC its successors and assigns as assignee | $1,544.95 | $0.00 | $1,544.95 |
| 3 | Portfolio Recovery Associates, LLC | $3,979.06 | $0.00 | $3,979.06 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $7,557.79 |
| Remaining balance: | $42,401.93 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $42,401.93 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $42,401.93 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.26 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $149.02. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $42,252.91.

**UST Form 101-7-TFR (5/1/2011)**