**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|   IRENA NAGITIENE, | ) | Case No. 11-04066 |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**CERTIFICATE OF SERVICE**

TO:   ALL ECF REGISTRANTS LISTED ON THE ATTACHED SERVICE LIST; and by
       FIRST CLASS MAIL TO ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

     I, Deborah K. Ebner, an attorney, state and certify that, pursuant to Rule 2002(a) (6) and (f) (8), copies of the **NOTICE OF TRUSTEE'S FINAL REPORT, FIRST AND FINAL APPLICATIONS OF TRUSTEE, AND THE LAW OFFICE OF WILLIAM J. FACTOR, FOR COMPENSATION AND EXPENSE REIMBURSEMENT, AND DEADLINE TO OBJECT (NFR)** set for hearing on **OCTOBER 30, 2018** at **10:30 A.M.**, before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 682 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, were mailed to all creditors, the Office of the U.S. Trustee, the Debtor, her counsel and all counsel of record, by depositing same in a U.S. Post Office Box the 14th day of September 2018, unless otherwise indicated.

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

                                                         /s/Deborah K. Ebner

**SERVICE LIST**

Service by ECF through the Clerk of the Court

Benjamin A Crane on behalf of Trustee Deborah Kanner Ebner
bcrane@coplancrane.com

David Freydin on behalf of Trustee Deborah Kanner Ebner
david.freydin@freydinlaw.com, vincent@freydinlaw.com

Deborah Kanner Ebner
dkebner@debnertrustee.com, dke@trustesolutions.net, IL53@ecfcbis.com; webmaster@debnertrustee.com;

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Julia D Loper on behalf of Trustee Deborah Kanner Ebner
jloper@wfactorlaw.com, bharlow@wfactorlaw.com

Sara E Lorber on behalf of Trustee Deborah Kanner Ebner
slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com

Ha M Nguyen on behalf of U.S. Trustee Patrick S Layng
ha.nguyen@usdoj.gov, denise.delaurent@usdoj.gov

Service by First Class Mail to:

Irena Nagaitiene
2150 S Goebbert
#113
Arlington Heights, IL 60005

Medicare Global
c/o Providio Lien Counsel, LLC
Attn: Heather Magic
5613 DTC Parkway, Suite 700
Greenwood Village, CO 80111

BCBS of North Carolina
c/o Providio Lien Counsel, LLC
Attn: Heather Magic
5613 DTC Parkway, Suite 700
Greenwood Village, CO 80111

Providio Lien Counsel, LLC
Attn: Heather Magic
5613 DTC Parkway, Suite 700
Greenwood Village, CO 80111

American Express/DSNB
9111 Duke Blvd
Mason, OH 45040

American Honda Finance Corp
470 Granby Road
South Hadley, MA 01075

Chase/Freedom
POB 15153
Wilmington, DE 19886-5153

Chase/Freedom
Bank One Card Service
800 Brooksedge Blv
Westerville, OH 43081

Chase/Slate
POB 15298
Wilmington, DE 19850-5298

GEMB/JCP
BK Dept, Box 103104
Roswell, GA 30076

HSBC Bank
POB 98706
Las Vegas, NV 89193

HSBC/BSTBY
1405 Foulk Rd
Wilmington, DE 19808

MACY'S/DSNB
9111 Duke Blvd
Mason, OH 45040-8999

PYOD, LLC its successors and assigns as assignee
of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Schotten/Value City
POB 182273
Columbus, OH 43218

Sears
POB 6282
Sioux Falls, SD 57117-6282

Womancare PC
POB 4543
Carol Stream, IL 60197-4543

Nordstrom FSB
POB 6565
Englewood, CO 80155

Northwest Community Hospital
800 West Central Rd
Arlington Heights, IL 60005

Portfolio Recovery Associates, LLC
Successor to Capital One, NA
(HSBC Bank Nevada, N.A)
POB 41067
Norfolk, VA 23541